AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Hartford Life and Accident Insurance Company | |
| *Plaintiff Interpleader* | |
| v. | Civil Action No.      1:11-00728-JMC |
| Madalyn Mavris and Christina Mavris | |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff Interpleader, Hartford Life and Accident Insurance Company is dismissed as a party to the
lawsuit. It is further ordered, that the funds deposited in the registry of the court shall be disbursed to the defendant,
Madalyn Mavris in the sum of Forty-Six Thousand, Nine Hundred Thirty-Two and 75/100 (46,932.75) Dollars plus
accrued interest and this action is dismissed with prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted
Hartford Life and Accident Insurance Company's motion to dismiss and entering an order and opinion on December 13,
2013 for disbursement of funds.


Date:   December 13, 2013                                    *CLERK OF COURT*


                                                          s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*